IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>ADAM STUART VANNOY,<br><br>                    Defendant. | **4:21MJ3043**<br><br><br>**ORDER** |

IT IS ORDERED:

1)      The motion of Jessica L. Milburn to withdraw as counsel of record for Defendant, (Filing No. 19), is granted.

2)      Defendant's newly retained counsel, Justin Kalemkiarian, shall promptly notify Defendant of the entry of this order.

3)      The clerk shall delete Jessica L. Milburn from any future ECF notifications herein.

April 19, 2021.

                                        BY THE COURT:

                                        _s/ Cheryl R. Zwart_
                                        United States Magistrate Judge