IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

APR 22 2021

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ADAM STUART VANNOY,

Defendant.

INDICTMENT

26 U.S.C. §§ 5841, 5861(d) & 5871
26 U.S.C. §§ 5861(i) & 5871
18 U.S.C. §§ 922(g)(3) and 924(a)(2)

The Grand Jury charges that:

COUNT ONE

On or about March 14, 2021, in the District of Nebraska, Defendant ADAM STUART VANNOY knowingly possessed a firearm, to wit: a black silencer measuring approximately 9 5/8 inches in length, not registered to the Defendant in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

COUNT TWO

On or about March 14, 2021, in the District of Nebraska, Defendant ADAM STUART VANNOY knowingly possessed a firearm, to wit: a black silencer measuring approximately 9 5/8 inches in length, not identified by a serial number as required by chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5861(i) and 5871.

COUNT THREE

On or about March 14, 2021, Defendant ADAM STUART VANNOY, knowing he was an unlawful user of Marijuana, a Schedule I controlled substance, knowingly possessed a firearm in and affecting commerce, and which had been shipped and transported in interstate commerce.

In violation of Title 18 United States Code, Sections 922(g)(3) and 924(a)(2).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

MATTHEW R. MOLSEN
Assistant United States Attorney