IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM STUART VANNOY,<br><br>Defendant. | **4:21CR3044**<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture.  (Filing No. 99).  The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On April 6, 2022, the Court entered a Preliminary Order of Forfeiture (Filing No. 87) forfeiting defendant's interest in the Black silencer Black silencer measuring approximately 9 5/8 inches in length.

2. On June 9, 2022, the United States filed a Declaration of Publication regarding the posting of a Notice of criminal forfeiture on an official internet government forfeiture site, www.forfeiture.gov regarding the subject Property.  (Filing No. 98).

3. The United States advises the Court that no party has filed a petition regarding the subject Property.  From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted.

THEREFORE, IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 99) is granted.

2. All right, title and interest in and to the Property, held by any person or entity are forever barred and foreclosed.

3. The Black silencer is forfeited to the government. Items (a) through (g) of the Superseding Indictment shall be released by the government to a federal firearm licensee (FFL) for disposal.

4. The government is directed to dispose of that Property in accordance with law.

ORDERED this 10th day of June, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge